NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1501

FLEXITEEK AMERICAS, INC.
and FLEXITEEK INTERNATIONAL AS,

Plaintiffs-Appellees,

v.

PLASDECK, INC. and
PLASTEAK, INC.,

Defendants-Appellants,

and

ANDRE BATISTA

Defendant.

Appeal from the United States District Court for the Southern District of Florida in case no. 08-CV-60996, Judge James I. Cohn.

ON MOTION

O R D E R

Flexiteek Americas, Inc. et al. (Flexiteek) move for leave to file a supplemental appendix. Plasdeck, Inc. et al. oppose.

Flexiteek does not indicate what documents it intends to include in its supplemental appendix or whether such documents are part of the record on appeal. Under these circumstances, the motion is denied without prejudice to renewal. The court encourages the parties to reach agreement as to whether the documents Flexiteek wishes to include in its supplemental appendix are part of the record on appeal prior to the filing of any renewed motion.

Accordingly,

IT IS ORDERED THAT:

The motion is denied without prejudice to renewal.

FOR THE COURT

MAR 1 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   S. Tracy Long, Esq.
Bruce H. Wilson, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2010

JAN HORBALY
CLERK

2009-1501                   2